THE CITY OF ST. LOUIS, Plaintiff in Error, *v.* THE PEOPLE'S RAILWAY COMPANY, Defendant in Error.

1. Ruggles *et al.* v. Collier *et al., ante,* p. 353, affirmed.

### Error to St. Louis Circuit Court.

*C. C. Simmons,* and *Clover,* for plaintiff in error.

*T. T. Gantt,* and *Reber,* for defendant in error.

WAGNER, Judge, delivered the opinion of the court.

Several questions have been discussed by counsel in this case, but the essential and controlling one is the same as that presented in the case of Ruggles and Bixler v. Collier *et al.,* decided at this term.

The claim set up by the plaintiff to recover from the defendant is founded on the nineteenth section of the ordinance establishing

---

This case was determined at the term of court held in October, 1868, but was retained until the final determination of the case of Ruggles *et al.* v. Collier *et al.,* on which it depended, on the re-hearing of that case. (*Ante,* p. 353.) — [REP.

and regulating the engineer department in the city of St. Louis; and as we have, upon consideration in the case above referred to, held the said section invalid and void, it is decisive of this case, and the reasons need not be repeated here.

The judgment of the Circuit Court, therefore, in sustaining the demurrer to the plaintiff's petition, will be affirmed. The other judges concur.